**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:16-cv-02755-CMA-NYW

JOSEPH A. KOVACH

    Plaintiff,

v.

NAVIENT SOLUTIONS, INC.

    Defendant.

---

**NOTICE OF NAME CHANGE**

---

PLEASE TAKE NOTICE, in connection with an internal corporate reorganization, Defendant Navient Solutions, Inc. has converted to a Delaware limited liability company and has changed its name from "Navient Solutions, Inc." to "Navient Solutions, LLC," effective as of January 31, 2017.

Respectfully submitted, this 10th day of February, 2017.

    *s/ Taylor T. Haywood*
    Dennis N. Lueck, Jr. #44283
    Taylor T. Haywood, #46664
    **AKERMAN LLP**
    1900 Sixteenth Street, Suite 1700
    Denver, Colorado 80202
    Telephone: (303) 260-7712
    Fax: (303) 260-7714
    Email: dennis.lueck@akerman.com
    Email: taylor.haywood@akerman.com

    *Attorneys for Defendant Navient Solutions, LLC f/k/a Navient Solutions, Inc.*

2

## **CERTIFICATE OF SERVICE**

I certify on February 10, 2017, I filed and served a true and correct copy of the foregoing **NOTICE OF NAME CHANGE** via the Court's CM/ECF system on the following:

Amy Lynn Bennecoff Ginsburg, Esq.
Joseph C. Hoeffel, Esq.
KIMMEL & SILVERMAN, P.C.
30 E. Butler Pike
Ambler, PA 19002

*Counsel for Plaintiff Joseph A. Kovach*

                                       *s/ Nick Mangels*
                                       Nick Mangels