**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

JOSEPH A. KOVACH,
    Plaintiff,

v

**Case No.:** 1:16-cv-02755-CMA-NYW

NAVIENT SOLUTIONS, INC.,
    Defendant.

### NOTICE OF SETTLEMENT

TO THE CLERK:

    NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: August 6, 2018

By :/s/ Joseph C. Hoeffel
Joseph C. Hoeffel, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (1-877) 600-2112
Email: jhoeffel@creditlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of August, 2018, a true and correct copy of the foregoing pleading was served via ECF to the below:

Dennis N. Lueck, Jr., Esquire
Barbara Fernandez, Esquire
Hinshaw & Culbertson, LLP
2525 Ponce de Leon Boulevard
Fourth Floor
Coral Gables, FL 33134
dlueck@hinshawlaw.com
bfernandez@hinshawlaw.com

*/s/ Joseph C. Hoeffel*
Joseph C. Hoeffel, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (1-877) 600-2112
Email: jhoeffel@creditlaw.com