## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**JOSEPH A. KOVACH,**

       Plaintiff,

                                          **Case No.: 1:16-cv-02755-CMA-NYW**

v

**NAVIENT SOLUTIONS, INC.,**

     Defendant.

_____

### STIPULATION TO DISMISS

TO THE CLERK:

       Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

By _:/s/ West A. Holden._
West A. Holden, Esquire
Hinshaw & Culbertson LLP
100 South Ashley Drive,
Suite 500,
Tampa, FL 33602
Email: WHolden@hinshawlaw.com

By _:/s/_ Joseph C. Hoeffel
Joseph C. Hoeffel, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: 1 (877) 600-2112
Email: teamkimmel@creditlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 9th day of January, 2019:

West A. Holden, Esquire
Hinshaw & Culbertson LLP
100 South Ashley Drive,
Suite 500,
Tampa, FL 33602
Email: WHolden@hinshawlaw.com

*/s/ Joseph C. Hoeffel*

Joseph C. Hoeffel, Esq.
Date: <u>January 9, 2019</u>                        Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888 ext. 148
Fax: 1 (877) 600-2112
Email: teamkimmel@creditlaw.com

Attorney for the Plaintiff